# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JAURDON-SIMMONS

CIVIL ACTION

VERSUS

20-435-SDD-RLB

TRAMONTIN, ET AL.

## RULING

The Court has carefully considered the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 7, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Individual Defendants' (Connie Bourgeois, Angela Pittman, Shannon Shampine, and Gregory Tramontin) *Motion to Dismiss*[3] is hereby GRANTED, and Plaintiff's claims against Gregory Tramontin, Angela Pittman, Connie Bourgeois, and Shannon Shampine are hereby DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana on January 8, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 11.
[3] Rec. Doc. 5.